# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA ROWLAND-MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ICS Capital, LLC,<br><br>　　　　Defendant. | Case No. 19-cv-00468 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 13 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within sixty days. All pending deadlines and hearings are VACATED.

IT IS SO ORDERED.

Dated: May 22, 2019

　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　United States Magistrate Judge

Case No. 19-cv-00468 NC
ORDER OF CONDITIONAL DISMISSAL